IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY A. GRIZZLE                                                                                   PLAINTIFF

v.                                             Case No. 4:12-cv-604-KGB

NOVARTIS PHARMACEUTICALS CORPORATION                                    DEFENDANT

## ORDER

Before the Court are defendant's motions for leave for Heather A. Pigman and Katharine Latimer to appear *pro hac vice* (Dkt. Nos. 142 and 143). The motions are granted pursuant to Local Rule 83.5(d). Heather A. Pigman and Katharine Latimer shall be added as counsel of record for defendant.

Further, pursuant to the request from defendant's counsel by letter dated October 24, 2012, the Clerk of Court is directed to terminate the following attorneys as counsel of record for defendant: David R. Richman, Donald W. Fowler, Jesse J. Graham, II, Joe Gregory Hollingsworth, Yanika C. Smith-Bartley, Andrew L. Colocotronis, and Robert E. Johnson.

SO ORDERED this 30 day of October, 2012.

Kristine G. Baker
United States District Judge