# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHIRLEY A. GRIZZLE**                                                              **PLAINTIFF**

**v.**                              **Case No. 4:12-cv-604-KGB**

**NOVARTIS PHARMACEUTICALS CORPORATION**                    **DEFENDANTS**

## ORDER

The Court directs all counsel to file a full status report by January 15, 2013. The report should address the status of this matter, any pending motions, any other issues needing resolution, Russell Harrison Beatie, Jr.'s and David Adam Osborn's roles as counsel, and the next steps for moving the case forward. Phillip J. Miller has enrolled as counsel but has not yet registered with CM/ECF for the Eastern District of Arkansas. He should do so by December 31, 2012.

SO ORDERED this 14th day of December, 2012.

_____
Kristine G. Baker
United States District Judge