IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHIRLEY A. GRIZZLE**                                                                                   **PLAINTIFF**

v.                              Case No. 4:12-cv-00604-KGB

**NOVARTIS PHARMACEUTICALS CORPORATION**                              **DEFENDANT**

## ORDER

The parties have filed a joint stipulation for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 162). Accordingly, this case is dismissed with prejudice with each party to bear her or its own attorneys' fees, if any, and costs.

SO ORDERED this 13th day of May, 2015.

_____
Kristine G. Baker
United States District Judge